**Louis and Jacqueline TUCKER, h/w and Christina Tucker, by her Parents and Guardians, Louis and Jacqueline Tucker, Petitioners**

v.

**R.M. TOURS a/k/a Richard Moss Tours, Ltd. a/k/a Richard Moss Travel and Tour Agency and Apple Vacations and Leisure Travel & Tours Co., Ltd., Respondents.**

Supreme Court of Pennsylvania.

Oct. 8, 2008.

## ORDER

PER CURIAM.

AND NOW, this 8th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

May a trial court that has received a timely but unclear Statement of Errors Complained of on Appeal request a second, clearer Statement?